**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of J.K.B. and J.D.B.

Appellate case number:   01-13-00629-CV

Trial court case number:  2011-77322

Trial court:                     246th District Court of Harris County

On October 29, 2013, the Court issued an order abating this case for further proceedings in the trial court. Specifically, the Court ordered the trial court to make findings of fact and conclusions of law as required by the Texas Rules of Civil Procedure. The Court also ordered the District Clerk to file with this Court, within 30 days of the date of the order, a clerk's record containing the trial court's findings of fact and conclusions of law. On January 8, 2014, the District Clerk filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is **ORDERED** filed with this Court within 20 days from the date of this order.[1] *See* TEX. R. APP. P. 28.4; 38.6(a). Appellee's brief, if any, must be filed within 20 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature:   /s/ Laura Carter Higley
                              ☑ Acting individually    ☐ Acting for the Court

Date: January 14, 2014

---

[1]      The reporter's record was filed on August 1, 2013. The clerk's record was filed on September 6, 2013.